## JOSEPH LINDSEY CRANFORD *v.* STATE OF MARYLAND

[No. 75, September Term, 1977.]

*Decided April 3, 1978.*

*Motion for reconsideration filed April 27, 1978; denied May 2, 1978.*

The cause was argued before MURPHY, C. J., and SMITH, DIGGES, LEVINE, ELDRIDGE, ORTH and COLE, JJ.

*William C. Brennan, Jr.,* and *Joseph A. DePaul,* with whom were *DePaul, Willoner & Kenkel, P.A.* on the brief, for appellant.

*Arrie W. Davis, Assistant Attorney General,* with whom were *Francis B. Burch, Attorney General,* and *Clarence W. Sharp, Assistant Attorney General,* on the brief, for appellee.

### O R D E R

The petition for writ of certiorari having been granted and heard, it is this <u>third</u> day of April, 1978

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed, the petition having been improvidently granted; appellant to pay costs.